ORIGINAL
IN THE SUPREME COURT OF THE STATE OF MONTANA


FILED
01/22/2025
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: PR 25-0004


JAN 2 2 2025
Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE THE PETITION OF
SAMUEL BEN BEHAR

ORDER

Samuel ben Behar has petitioned for the Court's waiver of "live" continuing education (CLE) credit requirements necessary to reactivate his license to practice law in Montana or, alternatively, for an additional six months of time to complete his CLE requirements for reinstatement to active status.

On August 20, 2024, this Court entered an order in response to ben Behar's petition for reinstatement to active status, requiring that he submit to a character and fitness review and obtain 30 hours of CLE credits, in accordance with the Rules of Continuing Legal Education (MCLE), within six months of the order, in view of the fact ben Behar had been on inactive status since April 2016. The MCLE requires an applicant to satisfy CLE requirements with a minimum number of "interactive" or "live" courses, in addition to permitting "on demand" course credits. Ben Behar states he had experienced difficulty in securing the proper number of "live" credits, and that "[t]his is a one-time request." Alternatively, he requests an additional six months to complete the MCLE requirements.

Unfortunately, we are unable to grant either request. Granting a waiver of the MCLE's minimum credit requirements would undoubtedly prompt others to pursue the same advantage by seeking a waiver. Further, the opportunities for "live" credits are abundant, and ben Behar is not limited to only Washington CLE options. Rather, the State Bar of Montana and a number of national organizations provide "live" CLE opportunities that qualify for Montana CLE credit. At this point, delaying completion of ben Behar's CLE requirement may serve to extend his current CLE requirement into next year's CLE reporting cycle, which the CLE Commission would need to coordinate. The CLE Commission has authority to grant extensions of time for completing CLE requirements

based upon compelling circumstances, and ben Behar can seek that relief as well as coordination of his ongoing CLE requirements from the Commission. Therefore,

IT IS HEREBY ORDERED that the petition for waiver of CLE requirements or an extension of time for completion of CLE requirements is DENIED, without prejudice to seeking relief from the CLE Commission.

The Clerk is directed to provide copies of this Order to Petitioner and to the State Bar of Montana.

DATED this ___ day of January, 2025.

_____
Chief Justice

_____

_____

_____

_____

_____
Justices

2